UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIEN GABILLY, <br><br>　　　　　　　Plaintiff, <br><br>　　　v. <br><br>CITY OF NEW YORK, et al., <br><br>　　　　　　　Defendants. | No. 19-CV-11884 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

　　In the case management plan and scheduling order entered on September 3, 2020, the Court scheduled a post-discovery conference for Friday, January 15, 2021 at 12:30 p.m. *See* Dkt. 25. The parties were directed to file, no later than one week in advance of the conference, a joint letter updating the Court on the status of the case, including the status of discovery, whether either party intends to file additional motions, and what efforts the parties have made to settle the action. *Id*. The parties shall jointly file such a letter, providing any relevant updates, no later than Wednesday, January 13.

　　The conference will be held by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

　　If the parties believe that a conference would not be productive at this time in light of the pending motions for judgment on the pleadings and to dismiss, *see* Dkts. 27, 37, they shall inform the Court in the joint letter.

SO ORDERED.

Dated:　　January 11, 2021
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　RONNIE ABRAMS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge