```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIEN GABILLY,

                              Plaintiff,

      v.

CITY OF NEW YORK, RAHUL DASS, "JANE" SARANTE, AND LATEEF STINSON,

                              Defendants.

No. 19-CV-11884 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      As discussed at this morning's conference, this action will be referred to the District's mediation program by separate order. Discovery is stayed pending the mediation. Within one week of the conclusion of mediation, the parties are directed to file a status update. If mediation is unsuccessful, the status update should include a proposed schedule for the expeditious completion of discovery.

SO ORDERED.

Dated:    September 10, 2021
            New York, New York

                                                Ronnie Abrams
                                               United States District Judge